# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                         CASE NO.  3:09cv47 MCR/EMT

ARTHUR DUCREE, ET AL

## REFERRAL AND ORDER

Referred to Judge Rodgers on <u>04/08/2009</u>

Type of Motion/Pleading <u>MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM OF LAW</u>

Filed by: <u>Plaintiff</u>        on <u>4/7/09</u>        Doc. No. <u>11</u>

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc. No. _____

_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

<u>/s/ Lynn C. Uhl</u>

Deputy Clerk: Lynn Uhl

## ORDER

      Upon consideration of the foregoing, it is ORDERED this 9th day of April, 2009, that:

      The requested relief is GRANTED.

<u>  s/ M. Casey Rodgers  </u>

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**